**Order entered January 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01046-CV

### JIMMY CHARLES JOHNSON, Appellant

### V.

### DALLAS COUNTY ET AL, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER

The clerk's record in this case is overdue. The Dallas County District Clerk is **ORDERED** to file, within **TWENTY DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission to:

Gary Fitzsimmons
Dallas County District Clerk
George L. Allen, Sr. Courts Building
600 Commerce St., Suite 103
Dallas, TX 75202

/s/     CAROLYN WRIGHT
CHIEF JUSTICE